In the Matter of the Final Judicial Settlement of the Account of Proceedings of HOWARD WILLETS, as Committee of the Person and Property of TACIE PARRY WILLETS, an Incompetent Person, Now Deceased, Respondent. MARTHA W. LUPINSKI, Individually and as Administratrix, etc., of TACIE PARRY WILLETS, Deceased, Appellant.— Order of the County Court of Westchester county judicially settling the final account of the committee of the incompetent unanimously affirmed, with costs to respondent, payable by appellant. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Johnston, JJ.

F. W. JACKSON & SONS, INC., Appellant, v. PAUL TURESKI and Another, Respondents, and Others, Defendants.— On argument, order of the County Court of Suffolk county denying plaintiff's motion for judgment on the pleadings affirmed, without costs. Counsel for the defendants will consent to proceed to trial without a jury on the question of usury at the earliest possible time, subject to the convenience of the trial court. Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.

JAMES M. KENNY, Appellant, v. REGINA V. KENNY, Respondent.— In an action to annul a marriage, judgment dismissing the complaint on the merits unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

ETHEL KOTKIN, Appellant, v. FREDERIC W. ALLEN and Others, Defendants, and EMMA OBERMAYER, as Executrix, etc., of WILLIAM OBERMAYER, Deceased, Respondent.— Order and judgment reversed on the law and the facts, with ten dollars costs and disbursements, and defendant William Obermayer's motion to dismiss the complaint denied, with ten dollars costs. In our opinion, the complaint states a personal and not a derivative cause of action for damages arising out of the defendants' alleged fraudulent representations respecting the character of the bond and mortgage assigned to plaintiff by the New York Title and Mortgage Company. Such an action is not enjoined by the order appointing the rehabilitator. Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.

JOHN LESCZYNSKI, Respondent, v. INTERCOUNTY CONSTRUCTION CORPORATION, Appellant, and RENNERTS ENGINEERING CORPORATION, Defendant.— Judgment in plaintiff's favor, entered on the verdict of a jury, for advances made by him to defendant Rennerts Engineering Corporation upon the promise of the appellant to repay plaintiff such advances, and the order denying the appellant's motion to vacate the judgment and for a new trial, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.